# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HULL, FRANK M. | U.S.CT OF APPEALS-11TH CIRCUIT | 05/12/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.CT OF APPEALS JUDGE-ACTIVE | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court of Appeals 56 Forsyth Street, NW Atlanta, GA 30303 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | ▨▨▨▨▨▨ salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Undev. Real Estate: Henry Cty, GA | | None | M | W | | | | | |
| 2.  Real Estate: Atlanta, GA (Parcel 3: WW) | | None | L | W | | | | | |
| 3.  Real Estate: Atlanta, GA (Parcel 2: WW) | | None | L | W | | | | | |
| 4.  Real Estate: Atlanta, GA (Parcel 1: WW) | | None | P1 | W | | | | | |
| 5.  Real Estate: Augusta, GA Property (18% interest) | | None | L | W | | | | | |
| 6.  MERRILL LYNCH-IRA ACCT (with following stocks): | | | | | | | | | |
| 7.  -Abb Ltd | | None | J | T | | | | | |
| 8.  -Affiliated Managers Grp | | None | J | T | Buy | 12/24/09 | J | | |
| 9.  -Allergan | A | Int./Div. | J | T | | | | | |
| 10.  -Altera Corp | A | Int./Div. | J | T | Buy | 02/12/09 | J | | |
| 11.  -Arch Capital Grp | | None | J | T | Buy | 12/24/09 | J | | |
| 12.  -AutoDesk Inc | | None | | | Sold | 02/09/09 | J | | |
| 13.  -Avon Prod Inc | A | Int./Div. | J | T | | | | | |
| 14.  -BJ Services Co | A | Int./Div. | J | T | | | | | |
| 15.  -Chesapeake Energy Okla | A | Int./Div. | J | T | | | | | |
| 16.  -Covidien Plc | A | Int./Div. | J | T | Buy | 12/24/09 | J | | |
| 17.  -CVS Caremark Corp | A | Int./Div. | J | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Danaher Corp | A | Int./Div. | J | T | | | | | |
| 19. -Devon Energy Corp | A | Int./Div. | J | T | | | | | |
| 20. -Digital Rlty Tr Inc | A | Int./Div. | J | T | | | | | |
| 21. -Discovery Communications | | None | J | T | | | | | |
| 22. -Genentech Inc | A | Int./Div. | | | Sold | 02/09/09 | J | A | |
| 23. -Genzyme Corp | | | | | Buy | 02/12/09 | J | | |
| 24. | | None | | | Sold | 12/21/09 | J | | |
| 25. -Gilead Sciences Inc | | None | J | T | Buy | 12/24/09 | J | | |
| 26. -Google Inc | | None | J | T | | | | | |
| 27. -Hewlett Packard Co | A | Int./Div. | J | T | | | | | |
| 28. -Honeywell Intl | A | Int./Div. | J | T | | | | | |
| 29. -McAfee Inc | | None | J | T | Buy | 12/24/09 | J | | |
| 30. -McKesson Corporation | A | Int./Div. | J | T | | | | | |
| 31. -MEMC Electr Matls | | None | | | Sold | 02/09/09 | J | | |
| 32. -Monsanto Co | A | Int./Div. | J | T | | | | | |
| 33. -NASDAQ OMX GRP | | None | | | Sold | 12/21/09 | J | | |
| 34. -NBTY Inc | | None | J | T | Buy | 12/24/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Nokia Corp | | None | | | Sold | 12/21/09 | J | | |
| 36.  -Oracle Corp | A | Int./Div. | J | T | | | | | |
| 37.  -PetSmart Inc | A | Int./Div. | J | T | Buy | 03/24/09 | J | | |
| 38.  -Quest Diagnostics Inc | A | Int./Div. | J | T | | | | | |
| 39.  -Salesforce Com | | None | J | T | Buy | 02/12/09 | J | | |
| 40.  -Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 41.  -Smith-Nphw Plc Spadr | | None | | | Sold | 12/21/09 | J | | |
| 42.  -Starwood Htls & Resorts | | None | | | Sold | 03/19/09 | J | | |
| 43.  -Stryker Corp | A | Int./Div. | | | Sold | 12/21/09 | J | A | |
| 44.  -Thermo Fisher Scientific Inc | A | Int./Div. | | | Sold | 12/21/09 | J | A | |
| 45.  -URS Corp | | None | J | T | | | | | |
| 46.  MERRILL LYNCH-ACCT #2 (with following stocks): | | | | | | | | | |
| 47.  -ABB Ltd | | None | J | T | Sold<br>(part) | 12/21/09 | J | | |
| 48.  -Allergan | A | Int./Div. | J | T | Sold<br>(part) | 12/21/09 | J | A | |
| 49.  -Altera Corp | | | | | Buy | 02/12/09 | K | | |
| 50. | A | Int./Div. | K | T | Sold<br>(part) | 12/21/09 | J | A | |
| 51.  -America Movil SAB | A | Int./Div. | J | T | Sold<br>(part) | 12/21/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Arch Capital Grp | | None | K | T | Buy | 12/24/09 | K | | |
| 53. -Autodesk Inc | | None | | | Sold | 02/09/09 | K | | |
| 54. -Avon Prod Inc | A | Int./Div. | K | T | Sold (part) | 12/21/09 | J | | |
| 55. -CVS Caremark Rx Inc | A | Int./Div. | K | T | Sold (part) | 12/21/09 | J | A | |
| 56. -Chesapeake Energy Okla | A | Int./Div. | J | T | Sold (part) | 12/21/09 | J | A | |
| 57. -Coca-Cola Co | A | Int./Div. | J | T | | | | | |
| 58. -Covidien Plc | A | Int./Div. | K | T | Buy | 12/24/09 | K | | |
| 59. -Danaher Corp | A | Int./Div. | L | T | Sold (part) | 12/21/09 | K | A | |
| 60. -Devon Energy Corp New | A | Int./Div. | K | T | Sold (part) | 12/21/09 | J | | |
| 61. -Digital Rlty Tr Inc | C | Int./Div. | L | T | Sold (part) | 12/21/09 | J | C | |
| 62. -Discovery Communicatn | C | Int./Div. | K | T | Sold (part) | 12/21/09 | J | C | |
| 63. -Federal Farm Credit Bank | B | Int./Div. | K | T | Buy | 12/30/09 | K | | |
| 64. -Federal Home Loan Bank | C | Int./Div. | L | T | Buy | 12/30/09 | L | | |
| 65. -Federal Home Ln Mtg Corp | C | Int./Div. | L | T | Buy | 12/30/09 | L | | |
| 66. -Genzyme Corp | | None | | | Sold | 12/21/09 | L | | |
| 67. -Gilead Sciences Inc | | None | K | T | Buy | 12/24/09 | K | | |
| 68. -Google Inc | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Home Depot Inc | C | Int./Div. | | | Sold | 08/06/09 | J | C | |
| 70. -Honeywell Intl | B | Int./Div. | K | T | Sold (part) | 12/21/09 | J | A | |
| 71. -McAfee Inc | | None | K | T | Buy | 12/24/09 | K | | |
| 72. -McKesson Corp | A | Int./Div. | K | T | Sold (part) | 12/21/09 | J | A | |
| 73. -MEMC Electric | | None | | | Sold | 02/09/09 | J | | |
| 74. -Monsanto Co | A | Int./Div. | J | T | | | | | |
| 75. -NBTY Inc | | None | J | T | Buy | 12/24/09 | J | | |
| 76. -Oracle Corp | A | Int./Div. | K | T | Sold (part) | 12/21/09 | J | A | |
| 77. -PetSmart Inc | A | Int./Div. | J | T | Buy | 03/24/09 | J | | |
| 78. -Quest Diagnostics | A | Int./Div. | K | T | Sold (part) | 12/21/09 | J | A | |
| 79. -Salesforce Com | | | | | Buy | 02/12/09 | J | | |
| 80. | C | Int./Div. | K | T | Sold (part) | 12/21/09 | J | C | |
| 81. -Schlumberger Ltd | A | Int./Div. | K | T | Sold (part) | 12/21/09 | J | A | |
| 82. -Smith-Nphw Plc Spadr | | None | | | Sold | 12/21/09 | J | | |
| 83. -Starwood Hotels & Resorts | | None | | | Sold | 03/19/09 | J | | |
| 84. -Tennessee Valley Auth | C | Int./Div. | L | T | Buy | 12/24/09 | L | | |
| 85. -Thermo Fisher Scientific | A | Int./Div. | | | Sold | 12/21/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -Tiffany & Co. | D | Int./Div. | L | T | Sold (part) | 12/21/09 | J | D | |
| 87.   -US Trsy Inflation Nte | B | Int./Div. | M | T | Buy | 12/30/09 | M | | |
| 88.   -URS Corp | | None | K | T | Sold (part) | 12/21/09 | J | | |
| 89.   % Stock Owner: Arch. firm, ▓▓▓▓▓ ▓▓▓▓▓▓ | E | Int./Div. | L | T | Redeemed (part) | 12/15/09 | J | | |
| 90.   Note from ▓▓▓▓▓▓▓▓▓▓ | D | Interest | N | T | | | | | |
| 91.   BJLAS, LLC (16% interest) | C | Interest | J | T | | | | | |
| 92.   401(k)  ETIREMENT PLAN/TRUST▓ consisting of following: | E | Int./Div. | O | T | | | | | |
| 93.   -Self-Direct acct (part of 401k above, with following:) | | | | | | | | | |
| 94.   -GOVT SECURITIES: | | | | | | | | | |
| 95.   -Federal Natl Mtg Assn | B | Int./Div. | K | T | | | | | |
| 96.   -Federal Home Ln Mtg Corp | | | | | Redeemed | 09/01/09 | K | | |
| 97.   -Federal Home Ln Mtg Corp | B | Int./Div. | L | T | Buy | 12/30/09 | L | | |
| 98.   -Federal Home Loan Bank | B | Int./Div. | K | T | | | | | |
| 99.   -Key Bank | | None | M | T | | | | | |
| 100.  -CORP BONDS: | | | | | | | | | |
| 101.  -GTE California Inc | | | | | Redeemed | 09/01/09 | K | | |
| 102.  -Wells Fargo Bank NA | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Bank of America Corp | B | Int./Div. | K | T | | | | | |
| 104.  -Federal Farm Credit Bank | B | Int./Div. | K | T | Buy | 12/30/09 | K | | |
| 105.  -STOCKS: | | | | | | | | | |
| 106.  -Air Products & Chem | A | Int./Div. | K | T | Buy | 03/24/09 | J | | |
| 107.  -Baker Hughes | A | Int./Div. | J | T | | | | | |
| 108.  -Bank New York Mellon | | | | | Sold | 03/24/09 | K | | |
| 109.  -BP | B | Int./Div. | K | T | | | | | |
| 110.  -Baxter International | A | Int./Div. | K | T | | | | | |
| 111.  -Becton Dickinson Co | | | | | Buy | 02/12/09 | K | | |
| 112.  -Becton Dickinson Co | | | | | Sold | 11/28/09 | K | A | |
| 113.  -Cardinal Health | A | Int./Div. | J | T | Buy | 12/28/09 | J | | |
| 114.  -Covidien Plc | A | Int./Div. | J | T | Buy | 12/28/09 | J | | |
| 115.  -Du Pont EI DeNemours | | | | | Sold | 03/24/09 | J | | |
| 116.  -Emerson Elec | A | Int./Div. | K | T | | | | | |
| 117.  -Enbridge Inc | A | Int./Div. | K | T | | | | | |
| 118.  -FPL Group Inc | B | Int./Div. | L | T | | | | | |
| 119.  -General Mills | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Hewlett Packard Co | A | Int./Div. | K | T | | | | | |
| 121. -Honeywell Intl | A | Int./Div. | K | T | | | | | |
| 122. -IBM | A | Int./Div. | K | T | | | | | |
| 123. -Johnson and Johnson | A | Int./Div. | K | T | | | | | |
| 124. -Kellogg Co | A | Int./Div. | K | T | | | | | |
| 125. -McDonalds Corp | A | Int./Div. | K | T | | | | | |
| 126. -McKesson Corp | A | Int./Div. | K | T | Buy | 03/24/09 | K | | |
| 127. -Microsoft Corp | A | Int./Div. | K | T | Buy | 12/28/09 | K | | |
| 128. -Nokia Corp | | | | | Sold | 12/28/09 | J | | |
| 129. -PepsiCo Inc | A | Int./Div. | K | T | | | | | |
| 130. -PPL Corporation | A | Int./Div. | J | T | | | | | |
| 131. -Proctor Gamble | A | Int./Div. | K | T | | | | | |
| 132. -Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 133. -Smith-Nphw Plc | | | | | Sold | 12/28/09 | J | B | |
| 134. -Staples Inc | A | Int./Div. | J | T | Buy | 03/24/09 | J | | |
| 135. -Starwood Hotels & Resorts | | | | | Sold | 03/24/09 | J | | |
| 136. -Telefonica SA Spain | A | Int./Div. | J | T | Buy | 12/28/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less  F =$50,001 - $100,000 | B =$1,001 - $2,500  G =$100,001 - $1,000,000 | C =$2,501 - $5,000  H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000  H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less  N =$250,001 - $500,000  P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000  O =$500,001 - $1,000,000 | L =$50,001 - $100,000  P1 =$1,000,001 - $5,000,000  P4 =More than $50,000,000 | M =$100,001 - $250,000  P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal  U =Book Value | R =Cost (Real Estate Only)  V =Other | S =Assessment  W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Texas Instruments | A | Int./Div. | K | T | Buy | 08/05/09 | J | | |
| 138.  -Torchmark Corp | A | Int./Div. | K | T | | | | | |
| 139.  -United Techs Corp | A | Int./Div. | K | T | | | | | |
| 140.  -Vodafone Grp | | | | | Sold | 12/28/09 | J | | |
| 141.  -Waddell & Reed | A | Int./Div. | K | T | | | | | |
| 142.  -Waste Management Inc | A | Int./Div. | K | T | | | | | |
| 143.  -Wyeth | | | | | Sold | 02/12/09 | K | | |
| 144.  MERRILL LYNCH-IRA ACCT (with following stocks) | | | | | | | | | |
| 145.  -ABB Ltd | | None | J | T | | | | | |
| 146.  -Allergan Inc | A | Int./Div. | J | T | | | | | |
| 147.  -Altera Corp | A | Int./Div. | J | T | Buy | 02/12/09 | J | | |
| 148.  -Arch Coal Inc | | None | | | Sold | 02/12/09 | J | | |
| 149.  -Arch Capital Grp | A | Int./Div. | J | T | Buy | 12/24/09 | J | | |
| 150.  -AutoDesk Inc | | None | | | Sold | 02/12/09 | J | | |
| 151.  -Avon Prod Inc | | None | J | T | | | | | |
| 152.  -CVS Caremark Corp | | None | J | T | | | | | |
| 153.  -Chesapeake Energy Okla | A | Int./Div. | J | T | Buy | 02/12/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Covidien Plc | A | Int./Div. | J | T | Buy | 12/24/09 | J | | |
| 155. -Danaher Corp | A | Int./Div. | J | T | | | | | |
| 156. -Devon Energy | A | Int./Div. | J | T | Buy | 02/12/09 | J | | |
| 157. -Digital Rlty | A | Int./Div. | J | T | | | | | |
| 158. -Discovery Communicatn | | None | J | T | | | | | |
| 159. -Genentech Inc | A | Int./Div. | | | Sold | 02/12/09 | J | A | |
| 160. -Genzyme Corp | | | | | Buy | 02/12/09 | J | | |
| 161. | | None | | | Sold | 12/24/09 | J | | |
| 162. -Gilead Sciences Inc | | None | J | T | Buy | 12/24/09 | J | | |
| 163. -Google Inc | | None | J | T | | | | | |
| 164. -Hewlett Packard Co | A | Int./Div. | J | T | | | | | |
| 165. -Honeywell Intl Inc | A | Int./Div. | J | T | | | | | |
| 166. -McAfee Inc | | None | J | T | Buy | 12/24/09 | J | | |
| 167. -McKesson Corp | A | Int./Div. | J | T | | | | | |
| 168. -MEMC Electr | | None | | | Sold | 02/12/09 | J | | |
| 169. -NASDAQ OMX Grp | | None | | | Sold | 12/24/09 | J | | |
| 170. -NBTY Inc | | None | J | T | Buy | 12/24/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Nokia Corp | | None | | | Sold | 12/24/09 | J | | |
| 172. -Oracle Corp | A | Int./Div. | J | T | | | | | |
| 173. -Petsmart | A | Int./Div. | J | T | Buy | 03/24/09 | J | | |
| 174. -Quest Diagnostics Inc | A | Int./Div. | J | T | | | | | |
| 175. -Salesforce com | | None | J | T | Buy | 02/12/09 | J | | |
| 176. -Smith-Nphw Plc | | None | | | Sold | 12/24/09 | J | | |
| 177. -Starwood Htls & Resorts | | None | | | Sold | 03/24/09 | J | | |
| 178. -Stryker Corp | A | Int./Div. | | | Sold | 12/24/09 | J | A | |
| 179. -Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 180. -The mo Fisher Scientific | | None | J | T | | | | | |
| 181. -Transocean Inc | | None | | | Sold | 02/12/09 | J | | |
| 182. -URS Corp | | None | J | T | | | | | |
| 183. Real Estate: Ltd Partner, Peachtree So Ltd, Atlanta, GA | A | Rent | J | W | | | | | |
| 184. Real Estate: Ltd Partner, ▓▓ Whitehall, Atlanta, GA | A | Rent | J | W | | | | | |
| 185. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | L | W | | | | | |
| 186. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | L | W | | | | | |
| 187. Real Estate: Atlanta, GA ( (#1) (Parcel 4: WW) | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Real Estate: Atlanta, GA (#1) (Parcel 3: WW) | | None | L | W | | | | | |
| 189. Real Estate: Atlanta GA (#1) (Parcel 2: WW) | | None | L | W | | | | | |
| 190. Undev. Real Estate: NC (#1 & #2) | | None | P1 | W | | | | | |
| 191. Real Estate: Atlanta, GA (#2) (Parcel 4: WW) | | None | L | W | | | | | |
| 192. Real Estate: Atlanta, GA (#2) (Parcel 3: WW) | | None | L | W | | | | | |
| 193. Real Estate: Atlanta, GA (#2) (Parcel 2: WW) | | None | L | W | | | | | |
| 194. Real Estate: Atlanta, GA (#1) (1/3 KP) | | None | M | W | | | | | |
| 195. Real Estate: Atlanta, GA (1/3 KP) | | None | M | W | | | | | |
| 196. Real Estate: Atlanta, GA (1/3 KP) | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544